## ELLIOTT v. SHAW et al.

AN affidavit by defendant that he was under the impression, when he retained counsel in a cause, that the time to answer had not expired; that he did not recollect the precise day upon which the summons and complaint were served; that he was quite ill at the time, and did not as carefully note the time as he otherwise would, is insufficient to open a judgment by default.

APPEAL from the Twelfth District.

Suit against the drawer of a bill of exchange. Defendant appeals from the order denying the motion to set aside the judgment.

*C. G. Fenner,* for Appellant.

*H. H. Haight,* for Respondent.

FIELD, C. J. delivered the opinion of the Court—BALDWIN, J. and COPE, J. concurring.

Judgment in this case was entered by default, and the motion to open the same was denied. The excuse proffered by the defendant, in the affidavit upon which the motion was made, for his failure to plead —that he was under the impression, when he retained counsel in the case, that the time to answer had not expired; that he did not recollect the precise day upon which the summons and complaint were served; and that he was quite ill at the time, and did not as carefully

note the time as he otherwise would have done—was entirely insufficient. It does not appear that his illness prevented him from attending to his business, or that it continued beyond the day. There is hardly a case where judgment of default has been entered, in which grounds equally forcible for opening the same might not be presented.

Judgment affirmed.